**DALLAS GAS PARTNERS, L.P.,**
**Plaintiff–Appellant,**

v.

**PROSPECT ENERGY CORPORA-
TION; Prospect Capital Management,
LLC; John F. Barry; John Hopley;
M. Grier Eliasek; Eric Klaussmann,
Defendants–Appellees.**

**Dallas Gas Partners, L.P.,**
**Plaintiff–Appellant,**

v.

**Prospect Capital Management, LLC;
John F. Barry; John Hopley; M. Gri-
er Eliasek; Eric Klaussmann, Defen-
dants–Appellees.**

No. 08–40981.

United States Court of Appeals,
Fifth Circuit.

June 24, 2009.

Kurt B. Arnold, Jason Aron Itkin, Ar-
nold & Itkin, Houston, TX, Gregory Scott
Coleman, Marc S. Tabolsky, Yetter, War-
den & Coleman, LLP, Austin, TX, for
Plaintiff–Appellant.

Neil Kenton Alexander, Jr., Nancy
Hahn Elliott, Houston, TX, for Defen-
dants–Appellees.

Before JOLLY, SMITH, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Dallas Gas Partners, L.P. ("Dallas
Gas"), sued the various defendants for
fraud, breach of fiduciary duty, and tor-
tious interference with a contract. The
defense was that Dallas Gas had released
its claims; the parties dispute whether
Dallas Gas was a party to the release.
The district court granted summary judg-
ment to the defendants.

We have reviewed the briefs and have
heard the arguments of counsel. We have
consulted pertinent parts of the record,
including the subject agreements, and
have researched the applicable law. The
judgment is legally sound, and it is fair.
Dallas Gas erred in not reading the adden-
dum that effected the release, and Dallas
Gas ratified the release by keeping the
sums received under the contract.

The judgment is AFFIRMED, essential-
ly for the reasons given by the district
court and the magistrate judge.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.